UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**CLAUDIA PEREZ-LEAL,**
    Petitioner,

**v.**
**K. NEELEY,**
    Respondent.

Case No. 7:23-cv-726-CLM-GMB

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss with prejudice this petition for a writ of habeas corpus (doc. 1). The magistrate judge also recommends that the court deny Petitioner Claudia Perez-Leal's motion requesting order to show cause (doc. 8), which the court construes as a request for a favorable decision. No objections have been filed.[1]

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DISMISS WITH PREJUDICE** the petition for writ of habeas corpus. The court will also **DENY** Perez-Leal's motion requesting order to show cause (doc. 8). The court will enter a separate final judgment that carries out this ruling.

**Done** and **Ordered** on January 12, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] The report and recommendation that the court sent to Perez-Leal was returned to the court as undeliverable. (Doc. 10). So the court directed the Clerk of Court to mail the report to Residential Reentry Management ("RRM") in Montgomery, Alabama where Perez-Leal may have been transferred. (Doc. 11). Though the court ordered Perez-Leal to provide the court with her current mailing address, she didn't respond to the court's order.